| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Avram D. White<br>avram.randr@gmail.com<br>LAW OFFICES OF AVRAM D. WHITE, ESQ.<br>Attorneys for Debtor(s),<br>GARY GALLEMORE<br>66 Hampton Terrace<br>Orange, New Jersey 07050<br>Telephone (973) 669-0857<br>Facsimile (888) 481-1709<br>clistbk3@gmail.com | |
| In Re:<br><br>GARY GALLEMORE,<br><br>DEBTOR. | Case No.: 18-10870-KCF<br><br>Chapter: 13<br><br>Adv. No.:<br><br>Hearing Date: October 24, 2018<br><br>Judge: FERGUSON |

## CERTIFICATION OF SERVICE

1. I, __Avram D. White__ :

   ☒ represent __Gary Gallemore__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __September 25, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   1. Modified Chapter 13 Plan
   2. Chapter 13 Plan Transmittal Letter
   3. Valuation of Debtor's vehicle

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __September 25, 2018__                     /s/ Avram D. White
                                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>STANDING CHAPTER 13 TRUSTEE<br>1 AAA Drive<br>Suite 101<br>Robbinsville, NJ 08691 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  FEDEX<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Scott Stengel, General Counsel<br>Ally Financial<br>Ally Detroit Center<br>500 Woodward Ave.<br>Floor 10<br>Detroit, Michigan | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  FEDEX<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other ___<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>    (As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*