Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−10870−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gary Gallemore
   36 Heath Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−7197

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        11/14/18
Time:        10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 26, 2018
JAN: vpm

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10870-KCF
Gary Gallemore                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin             Page 1 of 1              Date Rcvd: Sep 26, 2018
                            Form ID: 132            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db             +Gary Gallemore,   36 Heath Lane,   Willingboro, NJ 08046-1720
517279844      +Caliber Home Loans,   PO Box 24610,   Oklahoma City, OK 73124-0610
517279849      +PSEG,   80 Park Plaza,   Newark, NJ 07102-4194
517279848      +PSEG,   80 Park Plaza T5D,   Newark, NJ 07102-4109
517279846      +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
517279845       PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
517279851      +Township of Willingboro,   1 Rev Dr. M.L. King Jr. Drive,   Willingboro, NJ 08046-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517341191       E-mail/Text: ally@ebn.phinsolutions.com Sep 27 2018 00:29:06      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
517279843      +E-mail/Text: ally@ebn.phinsolutions.com Sep 27 2018 00:29:06      Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
517279847       E-mail/Text: bankruptcy@pseg.com Sep 27 2018 00:29:05      PSEG,   PO Box 790,
                 Cranford, NJ 07016-0790
517279850      +E-mail/Text: bankruptcy@pseg.com Sep 27 2018 00:29:05      PSEG,   20 Commerce Drive,
                 Cranford, NJ 07016-3617
517392876      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Sep 27 2018 00:30:59
                 U.S. Bank Trust, N.A., as Trustee for LSF8 Master,   c/o Caliber Home Loans,
                 13801 Wireless Way,   Oklahoma City OK 73134-2500
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Avram D White    on behalf of Debtor Gary  Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon    on behalf of Creditor   LSF8 Master Participation Trust
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor   LSF8 Master Participation Trust
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5