| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2018 to 12/31/2018

**Chapter 13 Case No. 18-10870 / KCF**

Gary Gallemore

Petition Filed Date: 01/16/2018
341 Hearing Date: 02/15/2018
Confirmation Date: 11/14/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/13/2018 | $380.00 | 47494710 | 04/09/2018 | $190.00 | 48203770 | 05/11/2018 | $190.00 | 25036376387 |
| 06/27/2018 | $190.00 | 25036394681 | 07/11/2018 | $190.00 | 25216181357 | 08/08/2018 | $190.00 | 25216185306 |
| 09/19/2018 | $190.00 | 24820315918 | 10/22/2018 | $190.00 | 24820331951 | 11/16/2018 | $190.00 | 25348341464 |
| 12/19/2018 | $190.00 | 25507645626 | | | | | | |

**Total Receipts for the Period: $2,090.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $2,090.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gary Gallemore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Avram D White | Attorney Fees | $2,900.00 | $1,774.60 | $1,125.40 |
| | »»  ATTY DISCLOSURE | | | | |
| 1 | ALLY FINANCIAL | Debt Secured by Vehicle | $11,676.38 | $0.00 | $11,676.38 |
| | »»  2010 HONDA CRV/CRAM (MP) | | | | |
| 2 | U.S. BANK TRUST | Mortgage Arrears | $275,892.96 | $0.00 | $275,892.96 |
| | »»  P/36 HEATH LN/1ST MTG/ORDER 10/4/18 | No Disbursements: Pending Loan Mod. | | | |
| 10001 | ALLY FINANCIAL | Unsecured Creditors | $6,258.40 | $0.00 | $6,258.40 |
| | »»  Split Claim 2010 HONDA CRV/CRAM BALANCE | | | | |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,090.00 | Plan Balance: | $14,110.00 ** |
| Paid to Claims: | $1,774.60 | Current Monthly Payment: | $190.00 |
| Paid to Trustee: | $138.70 | Arrearages: | $190.00 |
| Funds on Hand: | $176.70 | Total Plan Base: | $16,200.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**