| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee |
| In re:<br><br>Gary Gallemore<br><br><br><br>Debtor(s) |

Case No.: 18-10870 / KCF

Chapter 13

Hearing Date: 04/24/2019 at 9:00 AM

Judge: Kathryn C. Ferguson

CORRECTED   CERTIFICATION IN SUPPORT OF TRUSTEE'S POST-CONFIRMATION MOTION TO DISMISS

This matter is being brought before the court for the following reason(s):

☒   The debtor failed to comply with a provision of confirmation.  Specifically:

-The debtor failed to obtain a loan modification by   12/31/18

I, Anita Travea     an employee in the office of the Standing Chapter 13 Trustee, hereby certify that the information contained in this Certification is true and correct to the best of my knowledge, information and belief.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 4/24/19

/s/ Anita Travea