Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10870−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Gary Gallemore
  36 Heath Lane
  Willingboro, NJ 08046

Social Security No.:
  xxx−xx−7197

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 27, 2018.

On 6/7/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:         July 10, 2019
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: June 7, 2019
JAN: vpm

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-10870-KCF
Gary Gallemore                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1           Date Rcvd: Jun 07, 2019
                              Form ID: 185             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2019.
db            +Gary Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720
517279844     +Caliber Home Loans,    PO Box 24610,    Oklahoma City, OK 73124-0610
517279849     +PSEG,   80 Park Plaza,    Newark, NJ 07102-4194
517279848     +PSEG,   80 Park Plaza T5D,    Newark, NJ 07102-4195
517279846     +PSEG,   PO Box 14444,    New Brunswick, NJ 08906-4444
517279845      PSEG,   PO Box 14104,    New Brunswick, NJ 08906-4104
517279851     +Township of Willingboro,    1 Rev Dr. M.L. King Jr. Drive,    Willingboro, NJ 08046-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 08 2019 00:22:15     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 08 2019 00:22:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517341191      E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2019 00:21:21     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
517279843     +E-mail/Text: ally@ebn.phinsolutions.com Jun 08 2019 00:21:21     Ally Financial,
                 200 Renaissance Ctr,    Detroit, MI 48243-1300
517279847      E-mail/Text: bankruptcy@pseg.com Jun 08 2019 00:21:20     PSEG,    PO Box 790,
                 Cranford, NJ 07016-0790
517279850     +E-mail/Text: bankruptcy@pseg.com Jun 08 2019 00:21:20     PSEG,    20 Commerce Drive,
                 Cranford, NJ 07016-3617
517392876     +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 08 2019 00:23:07
                 U.S. Bank Trust, N.A., as Trustee for LSF8 Master,    c/o Caliber Home Loans,
                 13801 Wireless Way,   Oklahoma City OK 73134-2500
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2019 at the address(es) listed below:
              Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Avram D White     on behalf of Debtor Gary    Gallemore clistbk3@gmail.com,
               adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestc
               ase.com
              Denise E. Carlon     on behalf of Creditor    LSF8 Master Participation Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    LSF8 Master Participation Trust
               rsolarz@kmllawgroup.com
              Sindi   Mncina     on behalf of Creditor    LSF8 Master Participation Trust smncina@rascrane.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```