# Avram D. White

Attorney at Law
66 Hampton Terrace, Orange, NJ 07050
Telephone (973)669-0857
Facsimile (888)481-1709
Email: avram.randr@gmail.com

June 11, 2019

Via ECF
Honorable Kathryn C. Ferguson, Chief Judge
United States Bankruptcy Court for the District of New Jersey
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, N.J. 08608
Courtroom #2

RE:   18-10870-KCF
      Gary Gallemore
      Objection to Motion to Dismiss

Dear Judge Ferguson:

    Please accept this letter as an objection to the Motion to Dismiss returnable on June 12, 2019 and a request for an adjournment of the motion to July 10, 2019.

    On the original return date in April I appeared in Court to oppose the Trustee's motion and indicated to the Trustee's staff attorney that a modified plan was prepared to respond to the issues raised in the motion.  It took some time because the debtor was having some medical issues, but the modified plan has been filed and the confirmation date for the modified plan is July 10, 2019.

    As my earlier opposition was by way of an appearance this letter serves as a continued opposition of the Trustee's motion.

                        Respectfully,

                          Avram D. White