| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 18-10870 / MBK**

| | |
|---|---|
| Gary Gallemore | Petition Filed Date: 01/16/2018 |
| 36 Heath Lane | 341 Hearing Date: 02/15/2018 |
| Willingboro  NJ  08046 | Confirmation Date: 11/14/2018 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $190.00 | 25507641284 | 03/06/2019 | $190.00 | 25623526678 | 03/14/2019 | $190.00 | 25623538356 |
| 05/06/2019 | $190.00 | 25851955184 | 06/05/2019 | $190.00 | 25851972778 | 06/26/2019 | $190.00 | 25870124373 |
| 08/16/2019 | $190.00 | 25944672251 | 08/16/2019 | $190.00 | 25944669527 | 10/29/2019 | $380.00 | 26093817854 |
| 12/17/2019 | $190.00 | 26220277653 | | | | | | |

**Total Receipts for Period:  $2,090.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $4,180.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Gary Gallemore | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Avram D White<br>»» ATTY DISCLOSURE | Attorney Fees | $2,900.00 | $2,900.00 | $0.00 |
| 1 | ALLY FINANCIAL<br>»» 2010 HONDA CRV/CRAM (MP) | Debt Secured by Vehicle | $11,676.38 | $1,012.86 | $10,663.52 |
| 2 | U.S. BANK TRUST<br>»» P/36 HEATH LN/1ST MTG/ORDER 10/4/18 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $275,892.96 | $0.00 | $275,892.96 |
| 10001 | ALLY FINANCIAL<br>»» Split Claim 2010 HONDA CRV/CRAM BALANCE | Unsecured Creditors | $6,258.40 | $0.00 | $6,258.40 |

**Chapter 13 Case No. 18-10870 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/10/2020: | | | |
| Total Receipts: | $4,180.00 | Plan Balance: | $12,020.00  ** |
| Paid to Claims: | $3,912.86 | Current Monthly Payment: | $190.00 |
| Paid to Trustee: | $267.14 | Arrearages: | $570.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $16,200.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**