# White & Co.
A LIMITED LIABILITY COMPANY — ATTORNEYS • COUNSELLORS

**AVRAM D. WHITE, ESQ.**

Member: NJ Bar 020562007

523 PARK AVENUE
THIRD FLOOR
ORANGE, NEW JERSEY 07050
Avram.randr@gmail.com

Telephone (973)-669-0857
Facsimile (888) 481-1709

E-Mail: avram.randr@gmail.com

April 7, 2020

Via ECF
Honorable Michael B. Kaplan, U.S.B.J.
United States Bankruptcy Court
Clarkson S. Fisher U.S. Courthouse
402 East State Street, Courtroom #8
Trenton, N.J. 08608

**RE:    18-10870-MBK**
**GARY GALLEMORE**
**Objection to Chapter 13 Trustee's Motion to Dismiss Case**

Dear Judge Kaplan:

Please accept this letter as an objection to the Motion to Dismiss Chapter 13 Case filed by the Chapter 13 Trustee. The Debtor is continuing efforts to modify the mortgage. During 2019, the debtor experienced severe health issues which ultimately forced debtor into an early disability related retirement in late 2019. This change in circumstances affected the debtor's income (i.e. making trustee payments) and ability to obtain a loan modification (loss of household income because of inability to work as much or work at all).

Because of the Debtor's compromised health, and the risk of COVID 19 infection I have been unable to meet with the debtor directly to modify the plan and request additional time to obtain a loan modification. The debtor has been making adequate protection payments to the mortgagee.

I have attached documents related to the debtor's current income which only recently stabilized. The debtor started receiving disability in March 2020 for the preceding month. The debtor also started receiving a disability pension in March 2020.

The debtor should be able to get this Chapter 13 case back on track as to Trustee payments and the loan modification provision as he has successfully navigated his way into retirement despite the disability. His income and his spouses's income are sufficient enough to make a significant modified mortgage payment every month if his mortgagee will now offer a permanent loan modification. I request this matter be adjourned 60 days to allow the debtor to fully oppose the motion and present a modified plan.

Respectfully,

_____
Avram White, Esq.

## Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Mid-Atlantic Program Service Center
300 Spring Garden Street
Philadelphia, Pennsylvania 19123-2992
Date: February 17, 2020
BNC#: 20MS500E28060-HA



0000188 00003916    2 MB  0.439  0213M3MCS2PI T28 P4

GARY GALLEMORE
36 HEATH LN
WILLINGBORO, NJ 08046-1720

You are entitled to monthly disability benefits beginning February 2020.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 24, 2019.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2020.

**What We Will Pay And When**

- You will receive $2,420.00 for February 2020 around March 3, 2020.

- After that you will receive $2,420.00 on or about the third of each month.

| Administrator | | Union Trustees |
| GENEROSO DICHIARA | **LOCAL 381 PENSION FUND** | ALVARO VARGAS |
| Pension Fund Manager | 160 MINEOLA BOULEVARD • MINEOLA, N.Y. 11501 | FRANCIA REED |
| and | Tel. 516-248-2662 | Employer Trustees |
| Recording Secretary | Fax 516-248-2397 | ALPHONSE FALCO |
| FRANCIA REED | | TERRY OHLINGER |

USW — AFL-CIO, CLC

March 10, 2020

Mr. Gary Gallemore
36 Heath Lane
Willingboro, NJ 08046

Dear Mr. Gallemore:

   Please be informed that the Board of Trustees has approved your application for a Disability 50% Husband & Wife Pension in the amount of $1116.31 per month effective March 1, 2020. Since pension checks are sent at the END of the current month, you should receive first check April 1, 2020. As per your request, we will be deducting $50.00 for federal taxes.

   If there are any questions concerning your pension or other related problems, please do not hesitate to call.

Very truly yours,

Francia Reed
Fund Manager

Auditors
SCHULTHEIS & PANETTIERI

Consultants
SEGAL CONSULTING