UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton, NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

**Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Gary Gallemore

Debtor(s)

Case No.: 18-10870 / MBK

Hearing Date: 06/02/2020

Judge: Michael B. Kaplan

Chapter:  13

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: June 4, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

**ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:

- $4,940.00 paid to date

- Debtor(s) shall remit $190.00 per month to the Trustee for 1 months beginning 7/1/2020

- $369.00 per month for 30 months beginning 8/1/2020

- US Bank/Caliber POC (2-1) shall be treated outside the Pan, and creditor is free to seek stay relief. The Chapter 13 Trustee shall not pay or reserve on US Bank/Caliber POC (2-1). Debtor may pursue a loan modification outside the plan, and if the Debtor obtains a loan modification from US Bank/Caliber prior to the completion of the bankruptcy case, the Debtor shall file a motion to approve permanent loan modification.

- If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.