| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>CN 4853<br>Trenton, NJ   08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on June 4, 2020<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>Gary Gallemore<br><br><br>Debtor(s) | Case No.: 18-10870 / MBK<br><br>Hearing Date: 06/02/2020<br><br>Judge: Michael B. Kaplan<br><br>Chapter:  13 |

## ORDER REGARDING CHAPTER 13 STANDING
## TRUSTEE'S MOTION TO DISMISS OR
## CERTIFICATION OF DEFAULT

The relief set forth on the following page is **ORDERED**.

**DATED: June 4, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

This matter having come before the Court on the Standing Trustee's Motion to Dismiss or an objection to the Trustee's Certification of Default, and good cause having been shown, it is

> **ORDERED** that case is allowed to continue under Chapter 13 upon the following terms and conditions:
>
> - $4,940.00 paid to date
>
> - Debtor(s) shall remit $190.00 per month to the Trustee for 1 months beginning 7/1/2020
>
> - $369.00 per month for 30 months beginning 8/1/2020
>
> - US Bank/Caliber POC (2-1) shall be treated outside the Pan, and creditor is free to seek stay relief. The Chapter 13 Trustee shall not pay or reserve on US Bank/Caliber POC (2-1). Debtor may pursue a loan modification outside the plan, and if the Debtor obtains a loan modification from US Bank/Caliber prior to the completion of the bankruptcy case, the Debtor shall file a motion to approve permanent loan modification.
>
> - If the Debtor(s) fail to make regular plan payments to the Trustee for a period of more than 30 consecutive days, upon the Certification of the Trustee of such non-payments, with Notice of the Certification to the Debtor(s) and the Debtor(s) attorney, if any, the within case shall be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Gary Gallemore  
    Debtor

Case No. 18-10870-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jun 04, 2020  
Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db      +Gary Gallemore,    36 Heath Lane,    Willingboro, NJ 08046-1720

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:

     Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
     Albert Russo    docs@russotrustee.com  
     Avram D White    on behalf of Debtor Gary Gallemore clistbk3@gmail.com,  
      adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com  
     Denise E. Carlon    on behalf of Creditor LSF8 Master Participation Trust  
      dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Rebecca Ann Solarz    on behalf of Creditor LSF8 Master Participation Trust  
      rsolarz@kmllawgroup.com  
     Sindi Mncina    on behalf of Creditor LSF8 Master Participation Trust smncina@rascrane.com  
     Sindi Mncina    on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust smncina@rascrane.com  
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 8