Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−10870−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Gary Gallemore
    36 Heath Lane
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−7197

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/11/21.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 11, 2021
JAN: bwj

                                Jeanne Naughton
                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-10870-MBK

Gary Gallemore  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Aug 11, 2021  Form ID: 148  Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gary Gallemore, 36 Heath Lane, Willingboro, NJ 08046-1720 |
| cr | + | U.S. Bank Trust, N.A., as Trustee for LSF8 Master, RAS CRANE, LLC, 10700 ABBOTT'S BRIDGE ROAD, SUITE 170, Duluth, GA 30097-8461 |
| 519277880 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517279844 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 517279849 | + | PSEG, 80 Park Plaza, Newark, NJ 07102-4194 |
| 517279848 | + | PSEG, 80 Park Plaza T5D, Newark, NJ 07102-4195 |
| 517279846 | + | PSEG, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 517279845 | | PSEG, PO Box 14104, New Brunswick, NJ 08906-4104 |
| 517279851 | + | Township of Willingboro, 1 Rev Dr. M.L. King Jr. Drive, Willingboro, NJ 08046-2853 |
| 518843525 | + | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |
| 518843526 | + | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501 U.S. Bank Trust National Association, as 95501-030 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 11 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 11 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517341191 | | EDI: GMACFS.COM | Aug 12 2021 00:28:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 517279843 | + | EDI: GMACFS.COM | Aug 12 2021 00:28:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517279850 | + | Email/Text: bankruptcy@pseg.com | Aug 11 2021 20:29:00 | PSEG, 20 Commerce Drive, Cranford, NJ 07016-3617 |
| 517279847 | | Email/Text: bankruptcy@pseg.com | Aug 11 2021 20:29:00 | PSEG, PO Box 790, Cranford, NJ 07016-0790 |
| 517392876 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 11 2021 20:29:00 | U.S. Bank Trust, N.A., as Trustee for LSF8 Master, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City OK 73134-2500 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Avram D White | on behalf of Debtor Gary Gallemore clistbk3@gmail.com adwlawoffice1@gmail.com;crismateo02@gmail.com;lawworkmorris31@gmail.com;whitear82230@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LSF8 Master Participation Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor LSF8 Master Participation Trust rsolarz@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor LSF8 Master Participation Trust smncina@raslg.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8